

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
~~WILL WILSON~~
~~XXXXXXXXX~~
ATTORNEY GENERAL

Overruled by V-1058
where conflict

Honorable W. J. Townsend
County Attorney
Angelina County
Lufkin, Texas

Dear Sir:                    Opinion No. 0-6479
                             Re: May the Tax Assessor of Angelina
                                 County sell property for delin-
                                 quent taxes and give a valid deed?

        We have received and considered your request for opinion
dated March 15, 1945, which reads as follows:

        "May the Tax-Assessor of this state sell
    property for delinquent taxes and give a valid
    tax deed as can be given under any Texas tax law?
    If so, what procedure is to be followed by such
    officer in the making of said sale.  If this can
    be done legally, it will be the shorter and less
    expensive route, and save many dollars in the
    prosecution of tax suits for the collection of
    delinquent taxes."

        We wish to call your attention to Acts 1929, 41st Legis-
lature, page 103, Chapter 48, Section 1 (Article 7328a, V.A.C.S.):

        "That all sales of real estate made for the
    collection of delinquent taxes due thereon shall
    be made only after the foreclosure of tax lien
    securing same has been had in a court of compet-
    ent jurisdiction in accordance with existing laws
    governing the foreclosure of tax liens in delin-
    quent tax suits."

        The institution and prosecution of tax suits is controlled
by Acts 1937, 45th Legislature, page 1494-a, Chapter 506 (Article
7345b, V.A.C.S., with amendments).

        Under both Article 7345b and Article 7330, the only per-
son authorized to execute a deed in case land may be sold for
default in the payment of taxes is the sheriff.

        You are therefore advised that the Tax Assessor may not
sell property for delinquent taxes.  The procedure set out in

the statutes referred to is exclusive of any summary seizure and sale.

Very truly yours

ATTORNEY GENERAL OF TEXAS


By: s/Arthur L. Moller
     Arthur L. Moller
     Assistant

ALM:db:wc


APPROVED MAR 31, 1945
s/Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By s/BWB Chairman